# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                              )
                                    )    CASE NO. 22 B 12251
  Rosetta Buchanan,              )    HON.  Timothy A. Barnes
                                    )    CHAPTER 13
DEBTOR.                             )

## NOTICE OF MOTION

TO:   Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603;

Internal Revenue Service, c/o David DeCelles, U.S. Attorney's Office, 219 South Dearborn Ave., Room 500, Chicago, IL 60604;

Global Lending Services LLC, c/o Wesley T Kozeny, Bonial & Associates, P.C. 12400 Olive Blvd, Suite 555, St. Louis, MO 63141;

See attached Service List.

Please take notice that on July 6, 2023, at 9:30 AM I shall appear before the Honorable Judge Barnes, or any judge sitting in that judge's place, either in courtroom 744 of the United States Bankruptcy Court, Northern District of Illinois, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the Motion to dismiss case voluntarily, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/.** Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that hhe mailed a copy of this notice to the creditors listed above as well as to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 11101 S Western Ave Chicago, IL 60643 on June 26, 2023.

                                     */s/Mark E. Bredow*
                                       Attorney for Debtor
                                       Semrad Law Firm, LLC
                                       11101 S. Western Avenue
                                       Chicago, IL 60643
                                       Ph:  (312) 680-1817
                                       Fax: (312) 680-1838
                                       mbredow@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-12251<br>Northern District of Illinois<br>Eastern Division<br>Mon Jun 26 03:38:08 CDT 2023 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Global Lending Services LLC<br>12400 Olive Blvd, Suite 555<br>St. Louis, MO 63141-5460 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 1STPROGRESS/TSYS/VT<br>PO BOX 9053<br>JOHNSON CITY, TN 37615-9053 | AMER FST FIN<br>P.O. Box 565848<br>Dallas, TX 75356-5848 |
| Affirm Inc<br>2828 N Clark St # 426<br>Chicago, IL 60657-8140 | American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| CAPITAL ONE AUTO FINAN<br>3901 DALLAS PKWY<br>PLANO, TX 75093-7864 | CHIME/STRIDE BANK NA<br>324 WEST BROADWAY<br>ENID, OK 73701-3838 | Capital One<br>10 S LaSalle suite 2000, c/o Blatt, Hase<br>Chicago, IL 60603-1002 |
| Capital One Auto Finance<br>a division of Capital One N.A.<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | City Of Chicago - Parking And Red Light<br>Department Of Revenue - P.O. Box 88292<br>Chicago, IL 60680 |
| (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | Credit One Bank Na<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| FEB DESTINY/GF<br>P O Box 4477<br>Beaverton, OR 97076-4401 | First Premier Bank<br>PO Box 7999<br>c/o Stephen Dirksen<br>Saint Cloud, MN 56302-7999 | Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 |
| (p)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| NAVY FEDERAL CREDIT UNION<br>P. O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Navy Federal Cr Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Pronto Fin<br>1900 E. Golf Rd<br>Suite L140<br>Schaumburg, IL 60173-5831 | Quantum3 Group LLC as agent for<br>CKS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3206 |

| | | |
|---|---|---|
| Tbom/Milestone<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | Telecom Self-Reported<br>PO BOX 4500<br>ALLEN, TX 75013-1311 | Emily Bushold<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 |
| Mark E Bredow<br>The Semrad Law Firm<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick Semrad<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Rosetta Buchanan<br>911 N. Lawler<br>Chicago, IL 60651-3002 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | GLOBAL LENDING SERVICE<br>1200 BROOKFIELD BLVD STE<br>GREENVILLE, SC 29607 |
| (d)Global Lending Services LLC<br>1200 Brookfield Blvd Ste 300<br>Greenville, South Carolina 29607 | Idor-Bankruptcy Section<br>P.O. Box 19035<br>C/O Bankruptcy Unit<br>Springfield, IL 62794 | (d)Illinois Department of Revenue<br>Bankruptcy Section, P.O. Box 19035<br>Springfield, IL 62794-9035 |
| SELF/ATLANTIC CAPITAL<br>945 E PACES FERRY RD NE<br>ATLANTA, GA 30326 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Internal Revenue Service | (d)Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | End of Label Matrix<br>Mailable recipients   37<br>Bypassed recipients    2<br>Total                  39 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22 B 12251 |
| Rosetta Buchanan, ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO VOLUNTARILY DISMISS

The Debtor, Rosetta Buchanan, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to enter an Order voluntarily dismissing Debtor from the instant Chapter 13 case and states the following:

1. On October 21, 2022, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court has not yet confirmed the case.

3. Debtor Rosetta Buchanan no longer wishes to continue with the Chapter 13 Plan.

The Debtor moves this Honorable Court to enter an Order voluntarily dismissing the instant Chapter 13 case.

Respectfully Submitted,

*/s/Mark E. Bredow*
Attorney for Debtor
Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
Ph: (312) 680-1817
Fax: (312) 680-1838
mbredow@semradlaw.com